No. 1657, Misc. PONCE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1659, Misc. EVANS v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Tobias Simon* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Arden M. Siegendorf* and *Ronald W. Sabo,* Assistant Attorneys General, for respondent.

No. 1660, Misc. MAXWELL v. SOUTHERN CHRISTIAN LEADERSHIP CONFERENCE ET AL. C. A. 5th Cir. Certiorari denied. *H. Alva Brumfield* and *Sylvia Roberts* for petitioner. *Jack Greenberg, James M. Nabrit III, Norman C. Amaker, Charles Stephen Ralston,* and *Peter A. Hall* for respondent Southern Christian Leadership Conference.

No. 1664, Misc. HAYES v. SNYDER. C. A. 7th Cir. Certiorari denied. *L. Stanton Dotson* for respondent.

No. 1667, Misc. BUDD v. MADIGAN, SHERIFF. C. A. 9th Cir. Certiorari denied. *George F. Duke* for petitioner. *Thomas C. Lynch,* Attorney General of California, and *William D. Stein,* Deputy Attorney General, for respondent.

No. 1672, Misc. PRIMOUS v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 1675, Misc. MITCHELL v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.